ACCEPTED
06-14-00223-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/5/2015 3:50:02 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00223-CR

| | | |
|---|---|---|
| **DALE DEWYANE FISHER** | § | **SIXTH COURT** |
| | § | **OF APPEALS** |
| **VS.** | § | |
| | § | |
| **THE STATE OF TEXAS** | § | **STATE OF TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/5/2015 3:50:02 PM
DEBBIE AUTREY
Clerk

### APPELLEE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

COMES NOW the State of Texas appellee, and moves this Court pursuant to Tex. R. App. Proc. 10.5 and 38.6 (D) for an extension of **thirty (30) day's** or until July 5, 2015, in which to file the appellee's brief herein. In support, appellee would show the following;

1. Appellant was charged with Possession of a Controlled Substance Listed in Penalty Group One of the Texas controlled Substances Act – With Intent to Deliver – Four Grams or More but Less than 200 Grams in State of Texas v. DALE DEWYANE FISHER, Cause No. 16,741, 115th District Court of Upshur County, Texas.

2. On November 12, 2014, appellant was found guilty and the Jury assessed punishment for Seventy Five (75) Years confinement in the Institutional Division-TDCJ.

3. Notice of appeal was given on November 25, 2014.

5. The Appellee's brief is due for filing on June 5, 2015.

6. This is the first request for extension of time.

7. Appellee requests an extension until July 5, 2015.

8. Good cause exists for the granting of the motion. Within the past thirty days counsel for the State has undertaken the following matters:

A: Counsel was responsible for Grand Jury on Monday, June 1, 2015 – see attached docket. Preparing officers for trial in County Court in Cause Number 37,493, The State of Texas vs. Austin Hunter Little on Tuesday, June 2, 2015. On Wednesday, June 3, 2015 counsel was preparing victims for trial in the 115th District Court in Cause Number 16,607, The State of Texas vs. Alan Wayne Hayden. Thursday, June 4, 2015 counsel was in the 115th District Court – see attached docket.

Friday, June 5, 2015 counsel was in the 115th District Court – see attached docket. Counsel has jury selection on Monday, June 8, 2015 on the following cases; Cause Number 16,905, The State of Texas vs. Janet Joiner; Cause Number 16,822, The State of Texas vs. Bobby Burnette; Cause Number 16,887, The State of Texas vs. Jaclyn Lewis; and Cause Number 16,938, The State of Texas vs. Sara Pollak – see attached docket.

9:  This motion is not sought for purposes of delay, but so that justice may be done.

Therefore, Appellee requests until July 5, 2015, in which to complete her brief.

Respectfully submitted,

Upshur County Assistant District Attorney
Natalie A. Miller
405 N. Titus
Gilmer, TX 75644
Tel: (903) 843-5513
Fax: (903) 843-3661

By: /S/    *Natalie A. Miller*
   Natalie A. Miller
   State Bar No. 24079007

## <u>CERTIFICATE OF SERVICE</u>

A true and correct copy of the foregoing document has been delivered to all counsel of record, on this the 5th day of June, 2015.

/S/    *Natalie A. Miller*
Natalie A. Miller

## UPSHUR COUNTY GRAND JURY

Monday, June 1st, 2015 @ 8:30 a.m.

January 2015 Term

## GRAND JURY LIST

| DEFENDANT | OFFENSE | D.O.B. | CITY OF RESIDENCE | OFFENSE DATE | ARREST DATE | AMOUNT OF BOND | OFFICER NEEDED |
|---|---|---|---|---|---|---|---|
| Gabriel Omar Barrios-Escobar | Sexual Assault of Child Cts I & II F2 | 9-4-94 W/M | Gilmer, TX | 5-27-14 | Direct To Grand Jury | In Upshur Co. Jail on other charges | Fred Ellis UCSO #14-05792 |
| Kevin Jon Yearwood | Enticing a Child F3 | 2-5-79 W/M | Greenville, TX | 12-27-14 | 3-16-15 By Hunt Co. SO | In Hunt Co. Jail | Scott Moore Jim Strader UCSO #14-08478 |
| Brandon Cole White | Burglary of Habitation F2 | 2-18-96 W/M | Gilmer, TX | 4-8-15 | Direct To Grand Jury | | Fred Ellis UCSO #15-02194 |
| Joseph Dalton Dodson | Burglary of Habitation F2 | 3-8-94 W/M | Mt. Pleasant, TX | 4-21-15 | Direct To Grand Jury | | Fred Ellis UCSO #15-02495 |
| Katelynn Marie Robertson | Burglary of Habitation F2 | 4-25-94 W/F | Mt. Pleasant, TX | 4-21-15 | Direct To Grand Jury | | Fred Ellis UCSO #15-02495 |

1

| Patrick Gregory Fox | Burglary of Habitation F2 | 1-21-93 W/M | Big Sandy, TX | 1-11-15 | Direct To Grand Jury | | Tim Hall UCSO #15-00339 |
|---|---|---|---|---|---|---|---|
| Walter Wayne Hall | Burglary of Habitation F2 | 11-30-93 W/M | Gilmer, TX | 1-11-15 | Direct To Grand Jury | | Tim Hall UCSO #15-00339 |
| Ryan Aubrey Owens-Moss | Burglary of Habitation F2 | W/M 9-2-94 | Red Oak, TX | 1-11-15 | Direct To Grand Jury | In Upshur Co. Jail on other charges | Tim Hall UCSO #15-00339 |
| Louis Edward Cummings | Driving While Intoxicated; Subsequent Offense F3 | W/M 7-26-84 | Diana, TX | 4-12-15 | 4-12-15 Link to TRN#902 7975175 A001 | $10,000.00 Surety Bond | Frank Bless DPS |
| William David Brown | Unlawfully Carrying Weapon on Licensed Premises F3 | W/M 4-4-49 | Gilmer, TX | 4-22-15 | 4-22-15 Link to TRN#902 7975736 A001 | $25,000.00 Surety Bond | Clint Norman GPD #15-0284 |
| Carolyn Elizabeth Hill | Burglary of Building FS | 3-28-75 W/F | Carthage, TX | 2-10-15 | Direct To Grand Jury | | Scott Moore UCSO #15-00900 |

2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| William Robert Peveto | Burglary of Building FS | 10-31-64 W/M | Carthage, TX | 2-10-15 | Direct To Grand Jury | | Scott Moore UCSO #15-00900 |
| Claiborne Andrew Pannell | Possession of Controlled Substance - PG1 (Meth) FS | 7-23-60 W/M | Gilmer, TX | 10-11-14 | 10-11-14 Link to TRN#902 7963959 A001 | $5,000.00 Surety Bond | Joshua Lambert UCSO #14-06704 |
| Lashonda Fry Sprayberry | Possession of Controlled Substance - PG1 (Meth) FS | 2-28-79 W/F | Gilmer, TX | 10-11-14 | 10-11-14 Link to TRN#902 7963975 A001 | $5,000.00 Surety Bond | Joshua Lambert UCSO #14-06705 |
| Steven K. McCraven | Possession of Controlled Substance - PG1 (Meth) FS | 10-3-64 W/M | Gilmer, TX | 11-23-14 | 11-23-14 Link to TRN#902 7966737 A001 | $5,000.00 Surety Bond | Heath Littlejohn GPD #14-1090 |
| Tiffany Mefford Booth, A/K/A Tiffany D. Mefford | Delivery of Controlled Substance - PG 3 (Methylpheni-date) FS | 8-12-79 W/F | Gilmer, TX | 11-20-14 | Direct To Grand Jury | | Wayde Davis UCSO #14-07678 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tiffany Mefford Booth, A/K/A Tiffany D. Mefford | Delivery of Controlled Substance - PG3 (Methylpheni-date) FS | 8-12-79 W/F | Gilmer, TX | 12-11-14 | Direct To Grand Jury | | Wayde Davis UCSO #14-08120 |
| Brandon Fluellen | Delivery of Marihuana FS | 9-27-96 B/M | Unknown | 11-4-14 | Direct To Grand Jury | | Wayde Davis UCSO #14-07343 |
| Jessica Erin Archer | Theft of Firearm FS | 8-24-88 W/F | Gilmer, TX | 3-23-15 | Direct To Grand Jury | | Fred Ellis UCSO #15-01952 |
| Whitney Amber Phife | Unauthorized Use of Vehicle FS | 11-13-86 W/F | Diana, TX | 2-26-15 | Direct To Grand Jury | | Scott Moore UCSO #15-01217 |
| Justin Gage Miller | Unauthorized Use of Vehicle FS | 4-11-96 W/M | Gladewater, TX | 3-28-15 | Direct To Grand Jury | | Fred Ellis UCSO #15-01871 |
| Orlandos Lugene Johnson | Aggravated Sexual Assault of Child Cts I & II F1 | 4-30-68 B/M | Gilmer, TX | 10-1-04 | 4-1-15  Link to TRN#902 7974489 A001 | $250,000.00  In Upshur Co. Jail | Freddie Fitzgerald UCSO #15-01874 |

4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tyler Shay Allen | Sexual Assault F2 | 6-6-94 W/M | Longview, TX | 6-8-14 | Direct To Grand Jury | | Freddie Fitzgerald UCSO #15-01315 |
| William Scott Russell | Sexual Assault of Child Cts I & II F2 | 8-24-84 W/M | Gilmer, TX | 1-1-13 | Direct To Grand Jury | | Freddie Fitzgerald UCSO #14-05586 |
| David Lee Morgan | Indecency With A Child With Deadly Weapon F2 | 8-27-70 W/M | Longview, TX | 5-26-14 | Direct To Grand Jury | | Freddie Fitzgerald UCSO #14-05099 |
| Marilyn Ann Brack | Assault / Family Violence - Occlusion F3 | 2-2-66 W/F | Gilmer, TX | 5-4-15 | 5-4-15 Link to TRN#902 7976708 A001 | $15,000.00 In Upshur Co. Jail | Danny Kordela UCSO #15-02860 |

5

| Cedric Demon Acy  A Re-Indictment of #16,879 | Stalking F3 | 12-1-70 B/M | Tyler, TX | 6-26-14 | 8-13-14  Link to TRN#902 7960224 A001 | $200,000.00 Transferred to Smith Co.  In Upshur Co. Jail on Bench Warrant from Smith Co. No Bond | Roxanne Warren Justin Nustad GPD #14-0803 |
| --- | --- | --- | --- | --- | --- | --- | --- |

6

In the County Court of Upshur County
State of Texas
Honorable Judge Dean Fowler
Criminal Docket
June 1st, 2015 at 1:30PM

Page 1

| .... Cause........ | Style............................. | Offense & Degree.................. | Defendant Attorney....... |
|---|---|---|---|
| 1. 36,082 | THE STATE OF TEXAS vs. TYRAN DELANE ANDERSON | MOTION TO REVOKE PROBATION (MA) POSS MARIJ <= 4OZ > 2OZ (MA) | |
| | | Bondsman: Jimmy And Barbara Hightower Bail | |
| 2. 37,098 | THE STATE OF TEXAS vs. ANGEL MARIE GONZALES | MOTION TO REVOKE PROBATION (MB) FAIL TO IDENTIFY GIVING FALSE/FICTITIOUS INFO (MB) | |
| 3. 36,828 | THE STATE OF TEXAS vs. GABRIEL LAMAR JOHNSON | MOTION TO REVOKE PROBATION (MB) INDECENT EXPOSURE (MB) | Natalie Miller |
| | | Bondsman: James Bail Bonds | |
| 4. 34,895 | THE STATE OF TEXAS vs. SONNY LECRONE | MOTION TO REVOKE PROBATION (MB) THEFT PROP>=$50<$500 (MB) | Camille Henson |
| | | Bondsman: A Strike Free Bail Bond | |
| 5. 36,812 | THE STATE OF TEXAS vs. MICHAEL STEVEN MCCELLON | MOTION TO REVOKE PROBATION (MA) POSS DANGEROUS DRUG (MA) | |
| 6. 36,722 | THE STATE OF TEXAS vs. KAYLA LYNN MCCLELLAND | MOTION TO REVOKE PROBATION (MA) THEFT PROP>=$500 < $1500 (MA) | |

1

```
7.   31,228     THE STATE OF TEXAS vs.        MOTION TO REVOKE PROBATION  (MB)     Jordan Glaze
                CARLOS MORALES               DRIVING WHILE INTOXICATED   (MB)     Camille Henson


--------------------------------------------------------------------------------------------------
8.   36,228     THE STATE OF TEXAS vs.        MOTION TO REVOKE PROBATION  (MB)
                JAMES ALTON MURRELL JR        THEFT PROP>=$50<$500  (MB)          Camille Henson

                                             Bondsman:
                                             A Strike Free Bail Bond

--------------------------------------------------------------------------------------------------
9.   36,961     THE STATE OF TEXAS vs.        MOTION TO REVOKE PROBATION  (MB)    Matthew R. Patton Iv
                KIMBERLY LARAY NEWMAN         THEFT PROP>=$50<$500  (MB)

                                             Bondsman:
                                             A Bail Bonds

--------------------------------------------------------------------------------------------------
10.  37,555     THE STATE OF TEXAS vs.        MOTION TO REVOKE PROBATION  (MB)
                JOSHUA ERNEST NORTON          FAIL TO IDENTIFY GIVING
                                             FALSE/FICTITIOUS INFO  (MB)



--------------------------------------------------------------------------------------------------
11.  36,587     THE STATE OF TEXAS vs.        MOTION TO REVOKE PROBATION  (MB)
                CAMERON BLAKE STANFIELD       POSS MARIJ <2OZ  (MB)               Camille Henson

                                             Bondsman:
                                             Bail Bond Company (willie

--------------------------------------------------------------------------------------------------
12.  37,173     THE STATE OF TEXAS vs.        MOTION TO REVOKE PROBATION  (MB)    O. W. Loyd
                STEVEN ERIC WADE              DRIVING WHILE INTOXICATED   (MB)



--------------------------------------------------------------------------------------------------
13.  33,591     THE STATE OF TEXAS vs.        MOTION TO REVOKE PROBATION  (MB)
                RAYFORD WILKERSON             THEFT PROP>=$50<$500  (MB)

                                             Bondsman:
                                             T & T Bail Bonds

--------------------------------------------------------------------------------------------------
```

14.  36,429      THE STATE OF TEXAS vs.          MOTION TO REVOKE PROBATION  (MA)     Matthew R. Patton Iv
                 JEFFERY LOUIS WILSON            RESIST ARREST SEARCH OR TRANSP
                                                 (MA)

                                                   Bondsman:
                                                   Matthew Patton Iv

---------------------------------------------------------------------------------------------------------------

15.  36,229      THE STATE OF TEXAS vs.          MOTION TO REVOKE PROBATION  (MA)     O. W. Loyd
                 CLINTON SCOTT YALE              THEFT PROP>=$500 < $1500  (MA)

                                                   Bondsman:
                                                   Morgan Bail Bonds

---------------------------------------------------------------------------------------------------------------

16.  36,272      THE STATE OF TEXAS vs.          MOTION TO REVOKE PROBATION  (MB)     O. W. Loyd
                 CLINTON SCOTT YALE              DRIVING WHILE INTOXICATED  (MB)

                                                   Bondsman:
                                                   Morgan Bail Bonds

---------------------------------------------------------------------------------------------------------------

In the 115th Judicial District Court of Upshur County
State of Texas
Honorable Judge Lauren Parish
Daily Docket
June 4th, 2015


```
======
9:00AM
======
```

1.
387-13          In the Matter of the Marriage of ROBERT
                CLAYTON MCLAUGHLIN                        MATTHEW R. PATTO
                AND
                APRIL RENEE DODSON                        MICHAEL ANDREOZZ

FINAL HEARING

--------------------------------------------------------------------------

2.
283-14          THE STATE OF TEXAS
                vs.                                       BILLY W. BYRD
                TWO THOUSAND ONE HUNDRED FORTY DOLLARS
                ($2140.00) AND NO/100 OF U.S CURRENCY

SEIZURE

--------------------------------------------------------------------------

3.
303-14          THE STATE OF TEXAS
                vs.                                       BILLY W. BYRD
                FIVE HUNDRED ELEVEN DOLLARS AND 11/100
                U.S. CURRENCY

SEIZURE

--------------------------------------------------------------------------

4.
314-14          THE STATE OF TEXAS
                VS. SIX HUNDRED TWENTY EIGHT DOLLARS      BILLY W. BYRD
                ($628.00) AND NO/100 OF
                U.S. CURRENCY

SEIZURE

--------------------------------------------------------------------------

5.
16,761          TINA JOY LANGFORD
                EVADING ARREST DET W/VEH   (F3)
                                                          Natalie Miller
Jail (211 days)                                           JOHN MOORE

```
------------------------------------------------------------------------
6.                  THE STATE OF TEXAS
442-14              vs.                                BILLY W. BYRD
                    TWO THOUSAND ONE HUNDRED FORTY TWO
                    ($2,142.00) AND NO/100 OF U.S. CURRENCY   JEFF SANDERS

SEIZURE



------------------------------------------------------------------------
7.                  NOT FOR PUBLIC INFORMATION
76-13                                                 MATTHEW R. PATTOI


FINAL HEARING

------------------------------------------------------------------------
8.                  PHILLIP F. HOLLIER JR
16,893              BURGLARY OF BUILDING  (FS)
                                                      Billy W. Byrd
Jail (167 days)                                       JOHN MOORE

PLEA
------------------------------------------------------------------------
9.                  THE STATE OF TEXAS
54-15               vs.                                BILLY W. BYRD
                    MICHAEL ANTHONY JOHNSON, CRIMINAL #
                    16,949                            PROSE

BOND FORFEITURE



------------------------------------------------------------------------
10.                 CASEY ANDREW CLARK
16,622              Motion to Revoke Probation  (F3)
                                                      Rebecca Ojeman
Jail (23 days)                                        JOHN MOORE

MOTION TO REVOKE HEARING

======
1:30PM
======

11.                 DAVID FURMAN MCWHORTER
16,295              AGG ASSAULT AGAINST PUB SERVANT - COUNT
                                                      Natalie Miller
Jail (15 days)                                        BARRY WALLACE

MISCELLANEOUS HEARING
```

```
------------------------------------------------------------------------
12.                 GARRETT SEAN BURSON
16,849               ASSAULT FAM/HOUSE MEM IMPEDE
                                                     Rebecca Ojeman
Jail (1 day)                                         JOE W. NEWSOM JR

PLEA
------------------------------------------------------------------------
13.                 JANET ROSE JOINER
16,905               MAN/DEL CS PG 1 >= 4G < 200G  (F1)
                                                     Billy W. Byrd
Jail (265 days)                                      MATTHEW R. PATTO

PLEA
------------------------------------------------------------------------
14.                 GARY G. CALDWELL
14,922               Motion to Revoke Probation  (F2)
                                                     Billy W. Byrd
Jail (65 days)                                       TODD TEFTELLER

MOTION TO REVOKE HEARING
------------------------------------------------------------------------
15.                 IN RE: KARLA CASTANEDA
209-15               RE: OCCUPATIONAL DRIVER'S LICENSE    CLIFFORD R. JESS


OCCUPATIONAL LICENSE


------------------------------------------------------------------------
16.                 IN THE INTEREST OF
485-11               G.C.C.                              MATTHEW R. PATTO
                     A CHILD


FINAL HEARING
```

In the 115th Judicial District Court of Upshur County
State of Texas
Honorable Judge Lauren Parish
Daily Docket
June 5th, 2015

```
======
9:00AM
======
```

1.                 MARCIE A. CROW
13,834             THEFT >=$100K<$200K  (F2)
                                                        Mike Fetter
                                                        MATTHEW R. PATTO

SHOW CAUSE HEARING
--------------------------------------------------------------------------
2.                 DAVID FURMAN MCWHORTER
16,295             AGG ASSAULT AGAINST PUB SERVANT - COUNT
                                                        Natalie Miller
Jail (16 days)                                          BARRY WALLACE

MISCELLANEOUS HEARING
--------------------------------------------------------------------------
3.                 PHILIP EASLEY
16,585             SEX ABUSE OF CHILD CONTINUOUS: VICTIM
                                                        Natalie Miller
Jail (362 days)                                         J. SCOTT NOVY

PLEA
--------------------------------------------------------------------------
4.                 DANIEL RAY PHILLIPS
16,704             BURGLARY OF BUILDING  (FS)
                                                        Billy W. Byrd
                                                        DWIGHT A. BRANNO

PLEA
--------------------------------------------------------------------------
5.                 ELSIE LYNN NELSON
16,807             DEL MARIJ <= 5LBS > 1/4 OZ  (FS)
                                                        Billy W. Byrd
                                                        BRANDON WINN

PLEA
--------------------------------------------------------------------------
6.                 MICHAEL WAYNE HARRIS, JR.
16,808             DEL MARIJ <= 5LBS > 1/4 OZ  (FS)
                                                        Billy W. Byrd
                                                        CRAIG BASS

PLEA

```
-------------------------------------------------------------------------
7.                    ASHLEY MICHELE VAUGHN
16,812                ABANDON/ENDANGER CHILD CRIM NEGLIGENCE
                                                      Billy W. Byrd
                                                      MATTHEW R. PATTO

PLEA
-------------------------------------------------------------------------
8.                    DAVID EUGENE GIBBS
16,896                 THEFT PROP >=$1500 < $20K  (FS)
                                                      Billy W. Byrd
                                                      J. SCOTT NOVY

PLEA
-------------------------------------------------------------------------
9.                    DANO GREG YOUNG
16,917                 POSS CS PG 1 <1G  (FS)
                                                      Billy W. Byrd
                                                      CRAIG BASS

PLEA
-------------------------------------------------------------------------
10.                   SARA ASHLEY POLLAK
16,938                 CREDIT CARD OR DEBIT CARD ABUSE ELDERLY
                                                      Natalie Miller
                                                      MATTHEW R. PATTO

PLEA
-------------------------------------------------------------------------
11.                   GEARRON SCOTT DERRICK
16,944                 DRIVING WHILE INTOXICATED 3RD OR MORE
                                                      Billy W. Byrd
                                                      EDWARD CHOY

PLEA
-------------------------------------------------------------------------
12.                   MICHAEL ANTHONY JOHNSON
16,949                 POSS CS PG 1 <1G  (FS)
                                                      Billy W. Byrd
Jail (86 days)                                        DWIGHT A. BRANNO

PLEA
-------------------------------------------------------------------------
13.                   YOLANDA GRUBBS HAY
16,951                 POSS CS PG 1 <1G  (FS)
                                                      Billy W. Byrd
                                                      CRAIG BASS

COMPETENCY TO STAND TRIAL HEARING
-------------------------------------------------------------------------
14.                   DONALD GENE SALLEY
16,099                 Motion to Revoke Probation  (F3)
                                                      Billy W. Byrd
Jail (32 days)                                        BARRY WALLACE

MOTION TO REVOKE HEARING
```

```
--------------------------------------------------------------------------
15.                    In the Matter of the Marriage of AMBER
52-15                  MICHELLE BRUNSON                          JOE W. NEWSOM JR
                       AND
                       TIM BRUNSON                               PROSE

PROVE-UP HEARING



--------------------------------------------------------------------------
16.                    BRYAN O'KEITH WESLEY
16,974                   POSS CS PG 1 <1G   (FS)
                                                                 Natalie Miller
Jail (152 days)                                                  BARRY WALLACE

PLEA
--------------------------------------------------------------------------
17.                    PATRICK LAVELL JONES
16,978                   TAMPER/FABRICATE PHYS EVID W/INTENT TO
                                                                 Natalie Miller
Jail (174 days)                                                  CRAIG BASS

PLEA
--------------------------------------------------------------------------
18.                    TABETHA HAMPTON
16,997                   POSS CS PG 1 <1G   (FS)
                                                                 Natalie Miller
                                                                 J. SCOTT NOVY

PLEA
--------------------------------------------------------------------------
19.                    STACI GRANT, AS NEXT FRIEND FOR KAMDEN
168-15                 GRANT, A MINOR                            PROSE
                       VS.
                       WALTER RAY STALL AND EDITH WARD           DICK DAVIS

PROVE-UP HEARING



--------------------------------------------------------------------------
20.                    JENNIFER LYNE LAWRENCE
16,646                   Motion to Revoke Probation   (FS)
                                                                 Billy W. Byrd
Jail (25 days)                                                   BARRY WALLACE

MOTION TO REVOKE HEARING
--------------------------------------------------------------------------
21.                    KENNETH WOODWORTH JR.
17,041                   THEFT PROP >=$1500 < $20K   (FS)
                                                                 Billy W. Byrd
Jail (47 days)                                                   BRANDON WINN

PLEA
```

```
--------------------------------------------------------------------------
22.             EARNEST LEE MILES JR
17,067            POSS CS PG 1 <1G  (FS)
                                              Billy W. Byrd
Jail (39 days)                                BRANDON WINN

PLEA
```

In the 115th Judicial District Court of Upshur County
State of Texas
Honorable Judge Lauren Parish
Jury Trial Docket
June 8th, 2015 at 9:00AM


1.                    WYNETTE COOPER

16,211                                              Billy W. Byrd
1050 days
                      THEFT PROP >=$1500 < $20K   (FS)      John Moore

------------------------------------------------------------------------

2.                    ROBERT DOUGLAS JONES

16,292                                              Natalie Miller
927 days
                      SEXUAL PERFORM CHILD                  Paul G. Stuckle

------------------------------------------------------------------------

3.                    TYLER CRAIG

16,528                                              Billy W. Byrd
634 days
                      AGG ASSLT W/DEADLY WEAPON   (F2)      Clement Dunn

------------------------------------------------------------------------

4.                    COLLIN ASTON MCBRIDE

16,553                                              Billy W. Byrd
613 days
                      CREDIT CARD OR DEBIT CARD ABUSE - COUNT   Clement Dunn

------------------------------------------------------------------------

5.                    PHILIP EASLEY

16,585                                              Natalie Miller
574 days
                      SEX ABUSE OF CHILD CONTINUOUS: VICTIM    J. Scott Novy
Jail (365 days)
------------------------------------------------------------------------

6.                    ALAN WAYNE HAYDEN

16,607                                              Natalie Miller
512 days
                      AGG SEXUAL ASSLT CHILD - COUNT I  (F1)   Joe W. Newsom Jr

------------------------------------------------------------------------

7.                    JACOB JOE YOUNG

16,799                                              Natalie Miller
318 days
                      MAN/DEL CS PG 1 >= 4G < 200G  (F1)       Matthew Patton

------------------------------------------------------------------------

```
8.               BRENDA MICHELLE BOWDION

16,805                                            Billy W. Byrd
318 days
            POSS CS PG 1 <1G  (FS)                John Moore

------------------------------------------------------------------
9.               BOBBY BRIAN BURNETTE

16,822                                            Rebecca Ojeman
274 days
            ASSAULT FAM/HOUSE MEM IMPEDE          Barry Wallace
Jail (352 days)
------------------------------------------------------------------
10.              ASHLEY NICHOLE GRUBBS

16,843                                            Natalie Miller
274 days
            THEFT PROP <$1500 2/MORE PREV CONV  (FS)  John Moore

------------------------------------------------------------------
11.              CHRISTOPHER WAYNE DAVIS II

16,844                                            Billy W. Byrd
274 days
            ENGAGING IN ORGANIZED CRIMINAL ACTIVITY  Hayward M. Rigan

------------------------------------------------------------------
12.              WARREN GEE HAWKINS

16,852                                            Billy W. Byrd
267 days
            DRIVING WHILE INTOXICATED 3RD OR MORE -  John Moore
Jail (117 days)
------------------------------------------------------------------
13.              STEFONI ELYSE KNOX

16,854                                            Natalie Miller
267 days
            TAMPER/FABRICATE PHYS EVID W/INTENT TO   Tim Cone

------------------------------------------------------------------
14.              DENNIS FREDERICK GOODMAN

16,868                                            Billy W. Byrd
253 days
            POSS CS PG 1 >=1G<4G  (F3)            John Moore

------------------------------------------------------------------
15.              JACLYN NICOLE LEWIS

16,887                                            Billy W. Byrd
218 days
            POSS CS PG 1 <1G  (FS)                Matthew R. Patto

------------------------------------------------------------------
```

16.              BOBBIE DARROW HONEYCUTT, JR.

16,899                                                Billy W. Byrd
218 days
              THEFT PROP <$1500 2/MORE PREV CONV  (FS)  J. Scott Novy
-------------------------------------------------------------------------
17.              JANET ROSE JOINER

16,905                                                Billy W. Byrd
218 days
              MAN/DEL CS PG 1 >= 4G < 200G  (F1)     Matthew R. Pattoi
Jail (269 days)
-------------------------------------------------------------------------
18.              DREWE ANN REESE

16,925                                                Billy W. Byrd
168 days
              MAN/DEL CS PG 1 < 1 G  (FS)            John Moore

-------------------------------------------------------------------------
19.              DREWE ANN REESE

16,926                                                Billy W. Byrd
168 days
              MAN/DEL CS PG 1 < 1 G  (FS)            John Moore

-------------------------------------------------------------------------
20.              TONY LEE COLLIER

16,931                                                Billy W. Byrd
168 days
              DRIVING WHILE INTOXICATED 3RD OR MORE -  Tim Cone
Jail (250 days)
-------------------------------------------------------------------------
21.              SARA ASHLEY POLLAK

16,938                                                Natalie Miller
168 days
              CREDIT CARD OR DEBIT CARD ABUSE ELDERLY  Matthew R. Pattoi

-------------------------------------------------------------------------
22.              BILLY THOMAS CATE

16,966                                                Natalie Miller
84 days
              POSS CS PG 1 <1G  (FS)                 John W. Moore

-------------------------------------------------------------------------
23.              GILBERTO HERNANDEZ GARCIA

16,980                                                Billy W. Byrd
78 days
              AGG SEXUAL ASSLT CHILD - COUNT I  (F1)  Clement Dunn
Jail (125 days)
-------------------------------------------------------------------------

```
24.          SHAWN HEATH CANNON

16,985                                        Natalie Miller
78 days
             THEFT PROP <$1500 2/MORE PREV CONV  (FS)  J. Scott Novy

--------------------------------------------------------------------
25.          MITZI CURBEY

16,990                                        Natalie Miller
78 days
             EVADING ARREST DET W/VEH  (F3)        John Moore

--------------------------------------------------------------------
26.          DREWE ANN REESE

16,994                                        Billy W. Byrd
78 days
             POSS CS PG 1 <1G  (FS)               John Moore

--------------------------------------------------------------------
27.          PRECILLA GARRISON LEE

SEALED                                        Billy W. Byrd
464 days
             CREDIT CARD OR DEBIT CARD ABUSE ELDERLY   J. Scott Novy

--------------------------------------------------------------------
```